UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-mj-3477-AEP | | DATE: | November 17, 2025 |
|---|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | INTERPRETER: | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW NIKHIL AIYAR | | | LANGUAGE: | |
| | | | **GOVERNMENT COUNSEL**<br>JOSEPH WHEELER, AUSA | |
| | | | **DEFENSE COUNSEL**<br>HOWARD WILLIAMS, AFPD | |
| **COURT REPORTER:** | Digital | | DEPUTY CLERK: | Amanda Craig |
| TIME: | 2:04 PM – 3:01 PM | **TOTAL:** 57 Minutes | PRETRIAL: | Charlene Cohen |
| | | | COURTROOM: | 10B |

**PROCEEDINGS:    INITIAL APPEARANCE / DETENTION**

Defendant present.          Arrest date: 11/14/25.

Defendant provided copy of complaint.

Court summarized charges; court advises defendant of rule 5 rights.

Oral motion to appoint counsel to represent him for purposes of today. Defendant stated he will hire retained counsel to represent him for future hearings.   Oral motion granted. Financial affidavit submitted; public defender's office appointed for the purposes of today.

Defendant requests the court explain the charges further. The Court goes over the charges further with the defendant.

Oral Due Process.

Counsel requests to have the preliminary hearing at a later time should the defendant retain new counsel. Court advises the defendant that should he retain new counsel his counsel can request a preliminary hearing to be scheduled.

Bond:

Government moves for detention as this is a crime of violence. Government would like to provide evidence and argument for detention hearing.

Special Agent Steven Thames sworn and testified. Direct by Government.
Government moved Exhibits 1 and 2 offered and admitted.

2:33 Cross by Defense.

2:40 Re-direct by Government. Witness excused.

2:41 Oral argument on motion for detention by Government.

2:43 Oral argument heard by Defense on motion for release from custody.

Court:   Defendant ordered detained.

Defendant remanded to custody of USMS.